UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOMINGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. BASS, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-06420-JST<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: ECF No. 25 |

　　　　The Court GRANTS Defendants' request for an extension of time to file their dispositive motion. ECF No. 25. Defendants shall file their dispositive motion by February 10, 2026. Plaintiff's opposition to Defendants' motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is docketed in the Court's electronic filing system. The motion will be deemed submitted on the date the reply brief is due.

　　　　This order terminates ECF No. 25.

　　　　**IT IS SO ORDERED.**

Dated: December 16, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge